UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Bobby Moak and Danny Cupid                                    Appellants

vs.                                                           Case no. 3:15-cv-00475-HTW-LRA

Eduardo A. Flechas                                            Appellee

### AGREED ORDER EXTENDING BRIEFING SCHEDULE

This matter is before the Court on consideration of an unopposed motion [Dkt # 15] to extend the schedule for submitting the remaining briefs in connection with the appeal filed in the above styled and numbered case. This Court is of the opinion that the unopposed motion should be approved.

IT IS THEREFORE ORDERED that Appellee shall have until May 9, 2016, to file his rebuttal brief and the reply brief of Appellants shall be due on June 13, 2016.

SO ORDERED, this the 11th day of April, 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY

/s/ R. Michael Bolen
R. MICHAEL BOLEN, ESQ.
Attorney for Appellee

/s/ Craig M. Geno
CRAIG M. GENO, ESQ.
Attorney for Appellant