UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Bobby Moak and Danny Cupid                                   Appellants

vs.                                                                                    Case no. 3:15-cv-00475-HTW-LRA

Eduardo A. Flechas                                                      Appellee

**AGREED ORDER EXTENDING BRIEFING SCHEDULE**

This matter is before the Court on consideration of an unopposed motion [Dkt # 18] to extend the schedule for submitting the remaining briefs in connection with the appeal filed in the above styled and numbered case. This Court is of the opinion that the unopposed motion should be approved.

IT IS THEREFORE ORDERED that Appellee shall have until May 16, 2016, to file his rebuttal brief and the reply brief of Appellants shall be due on June 20, 2016.

SO ORDERED, this the _16th_ day of May, 2016.

_____
HONORABLE HENRY T. WINGATE
JUDGE, UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY

/s/ R. Michael Bolen
R. MICHAEL BOLEN, ESQ.
Attorney for Appellee

/s/ Craig M. Geno
CRAIG M. GENO, ESQ.
Attorney for Appellant